UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| LOLITA JEANNETTE ARNOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN, LEXINGTON FAYETTE JAIL, ) <br> AND LEXINGTON FAYETTE JAIL, ) <br> ) <br> Defendants. ) | Civil Action No. 12-CV-326-KKC <br><br><br> **MEMORANDUM OPINION** <br> **AND ORDER** |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Lolita Jeannette Arnold is a resident of Memphis, Tennessee. Proceeding without counsel, Arnold filed a civil rights complaint pursuant to 42 U.S.C. § 1983, in the Western District of Tennessee. [R. 1] Pursuant to 28 U.S.C. § 1406(a), the United States District Court for the Western District of Tennessee transferred this case to the Eastern District of Kentucky. [R. 4] Prior to transfer, that court granted Arnold's motion to waive payment of the filing fee. [R. 3]

In her complaint, Arnold named "Lexington, Ky in Fayette Correctional Center and Warden and Sheriff" as defendants. Arnold left the "Statement of Claim" section of the form entirely blank, and for relief stated only that she sought "[payment] for pain and suffering and medical bills[.]" [R. 1, pp. 2, 3] Arnold attached to the complaint a two-page grievance form she filed on August 29, 2011. [R. 1-1] In it, she stated that a Ms. Carter required her to walk up some stairs even after she told Carter of her knee and leg problems, and that when she did so, she "felt something tear in [her] stomach." Arnold also stated that several nurses and doctors later told her that there was nothing wrong with her and would not perform x-rays or treat her further.

By Order of January 9, 2013, the Court explained to Arnold that her complaint was subject to summary dismissal for failure to adequately state a claim for relief. [R. 7] The Order explained the shortcomings of Arnold's complaint, provided her with a new form complaint, and ordered her to file an amended complaint addressing those deficiencies within 28 days. The Order cautioned Arnold that the Court would dismiss her complaint without prejudice if she failed to do so. [R. 7] More than six weeks have passed, and Arnold has not responded in any way. The Court will therefore dismiss this action without prejudice for failure to prosecute and for failure to comply with an order of the Court. Fed. R. Civ. P. 41(b); *Palasty v. Hawk*, 2001 WL 857209, at *2 (6th Cir. 2001).

Accordingly, **IT IS ORDERED** that:

1. Lolita Jeannette Arnold's complaint [R. 1] is **DISMISSED WITHOUT PREJUDICE.**

2. The Court will enter an appropriate judgment.

3. This matter is **STRICKEN** from the active docket.

Dated this 27th day of February, 2013.

Signed By:
*Karen K. Caldwell*  KKC
**United States District Judge**